**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1061**

———————

JOHN EDMOND; PAMELA LYLES,

                Plaintiffs - Appellants,

      v.

EDWARD MAHER; JUDY NIGH; SNOWDEN CHASE REALTY,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge. (8:07-cv-02883-DKC)

———————

Submitted:  April 24, 2008        Decided:  April 29, 2008

———————

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John Edmond, Pamela Lyles, Appellants Pro Se.   William Leonard Mitchell, II, ECCLESTON & WOLF, P.C., Washington, D.C.; Juliane Corroon Miller, HUDGINS LAW FIRM, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Edmond and Pamela Lyles appeal from the district court's order dismissing their civil action on the grounds of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Edmond v. Maher</u>, No. 8:07-cv-02883-DKC (D. Md. Nov. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>